**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE:

Darla Jill Hamer                                        Case No. 99-42185-drd

      Debtor(s).

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

COMES NOW the Chapter 7 Trustee, Aunna L. Peoples, and requests the Court enter an order for the payment of funds into the Court's registry and in support thereof states:

1. The undersigned is the duly appointed Trustee in the above-styled proceeding.

2. The Trustee has funds for the creditor, First National Bank of Omaha in the amount of $1,995.75, ($1,326.19 for the claim and $669.56 for interest). The Trustee sent the funds to the creditor at its last known address. The checks for the disbursement have not been presented and have been stale-dated.

Based on the foregoing, the Trustee requests that the Court enter an order to pay the funds into the Court's registry to be disbursed at a later date to be determined by the Court.

*Respectfully submitted*,
PEOPLES LAW OFFICE, LLC

By: /s/ *Aunna L. Peoples*
    AUNNA L. PEOPLES          MO#39581
    520 West 103rd Street, #123
    Kansas City, MO  64114
    (816) 943-1825
    Email: apeoples@7trustee.net

    ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

A copy of the above and foregoing was served by mailing copies first class, postage prepaid and/or by electronic notice on January 19, 2010, to debtor(s), debtor's attorney, the United States Trustee and interested parties requesting notice.

    /s/ *Aunna L. Peoples*
    ATTORNEY FOR TRUSTEE